UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMANI McCURN,<br><br>            Plaintiff,<br><br>    v.<br><br>ASHTON CARTER,<br><br>            Defendant. | No.  15-cv-2310 TLN CKD PS<br><br><br>ORDER |

Plaintiff, proceeding in this action pro se, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 302(21), pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff has submitted an affidavit making the showing required by 28 U.S.C. § 1915(a)(1).  Accordingly, the request to proceed in forma pauperis will be granted.

The determination that plaintiff may proceed in forma pauperis does not complete the required inquiry.  Pursuant to 28 U.S.C. § 1915(e)(2), the court is directed to dismiss the case at any time if it determines the allegation of poverty is untrue, or the action is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against an immune defendant.  The court cannot make this determination on the present record.  Therefore, the court reserves decision on these issues until the record is sufficiently developed.

/////

1      Good cause appearing, IT IS ORDERED that:

2      1. Plaintiff's request for leave to proceed in forma pauperis is granted.

3      2. The Clerk of the Court is directed to issue the undersigned's order setting status
4   conference.

5      3. The United States Marshal is directed to serve within ninety days of the date of this
6   order, all process pursuant to Fed. R. Civ. P. 4(i), including a copy of this court's order setting
7   status conference, without prepayment of costs.

8      4. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant, one
9   summons, a copy of the complaint, and this court's order setting status conference.

10     5. Plaintiff is directed to provide to the United States Marshal, within fourteen days from
11  the date this order is filed, all information needed by the Marshal to effect service of process,
12  including all information required for proper service of summons under Federal Rule of Civil
13  Procedure (i) and shall file a statement with the court that said documents have been submitted to
14  the United States Marshal, along with a copy of the information provided to the Marshal.  The
15  court anticipates that, to effect service, the U.S. Marshal will require at least:

16          a. One completed summons for each defendant;

17          b. One completed USM-285 form for each defendant;

18          c. One copy of the endorsed filed complaint for each defendant, with an extra
19       copy for the U.S. Marshal;

20          d. One copy of this court's status order for each defendant; and

21          e. One copy of the instant order for each defendant.

22     6. In the event the U.S. Marshal is unable, for any reason whatsoever, to effectuate
23  service on any defendant within 90 days from the date of this order, the Marshal is directed to
24  report that fact, and the reasons for it, to the undersigned.

25  /////
26  /////
27  /////
28  /////

2

7. The Clerk of the Court is directed to serve a copy of this order on the United States Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

Dated:  November 10, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 mccurn2310.ywbs